IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIONNE L. MEYERS,

        Plaintiff,                           Case No. 4:16-cv-523

        vs.

FLORIDA LEGAL SERVICES, INC.,

        Defendant.

_____/

## NOTICE OF REMOVAL

Defendant FLORIDA LEGAL SERVICES (hereinafter "FLS" or "Defendant"), through its undersigned counsel, and pursuant to 28 U.S.C. Sections 1331, 1441, and 1446, hereby files this Notice of Removal from the Circuit Court in and for Leon County, Florida to the United States District Court for the Northern District of Florida, Tallahassee Division. The grounds for removal are as follows:

### The Removed Case

1. FLS is a Defendant in a civil action brought against it in the Circuit Court, Second Judicial Circuit, in and for Leon County, Florida, captioned "*Dionne L. Meyers v. Florida Legal Services, Inc.*, Case No. 2016-CA-001379" (hereinafter "State Court Action").

2. This State Court Action was commenced by Plaintiff's filing of her Complaint with the Circuit Court, Second Judicial Circuit, in and for Leon County, Florida, on or about June 21, 2016. FLS accepted and signed the request for waiver of service of process on August 2, 2016.

**Federal Question Jurisdiction Exists**

3.     Plaintiff's Complaint alleges that Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), 42 U.S.C. § 1981 ("§ 1981"), and the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA"), by purportedly discriminating and retaliating against her on the basis of her race, African American, and age. (See Complaint ¶¶ 14-24; 25-34).  Plaintiff also asserts pendent state law claims of race and age discrimination and retaliation under the Florida Civil Rights Act, Fla. Stat. § 760.10 (the "FCRA") (Id.).

4.     Claims for alleged violations of Title VII, § 1981 and the ADEA are those over which this Court has original, federal question jurisdiction under the provisions of 28 U.S.C. § 1331.

5.     Accordingly, this civil action is removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b) on the basis of federal question jurisdiction.  The Court also has jurisdiction over Plaintiff's pendent state law claims against FLS under its supplemental jurisdiction authority.

**The Removal Is Timely**

6.     Defendant received the request for waiver of service of process on August 2, 2016.  A copy of the signed and dated waiver of service of process is attached hereto as Exhibit "A."  Therefore, this Notice of Removal, filed within 30 days of August 2, 2016, and less than one year after commencement of the State Court Action, is timely under 28 U.S.C. §1446(b).

**Papers From The State Court Action**

7.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), true and correct copies of all process, pleadings, and orders served by Plaintiff in the State Court Action are attached hereto as Exhibit "B."

108403715.1

8.     Pursuant to Fed. R. Civ. P. 4(d)(3), Defendant's response to the Complaint is not due to be served until sixty (60) days after the request for waiver of service was sent, or October 3, 2016.

### Venue

9.     Pursuant to Northern District Local Rules 3.1(A) and (B), venue is appropriate in the United States District Court for the Northern District of Florida, Tallahassee Division.

### Filing of Removal Papers

10.     Pursuant to 28 U.S.C. §1446(d), FLS concurrently herewith gives written notice of the filing of this Notice of Removal to the Plaintiff, and to the Circuit Court of Leon County, Florida.  A copy of that Notice is attached to this Removal as Exhibit "C" (without exhibits).

WHEREFORE, Defendant Florida Legal Services, Inc., hereby removes Case No. 2016-CA-001379 from the Circuit Court for the Second Judicial Circuit in and for Leon County, Florida, to this Court for determination and respectfully requests that this Court make and enter an Order of Removal of Case No. 2016-CA-001379.

Dated:  August 19, 2016

Respectfully submitted,

*/s/ Lauren M. Pizzo*
Cathleen Bell Bremmer
Florida Bar No. 813028
cbell@carltonfields.com
Lauren M. Pizzo
Florida Bar No. 0106152
lpizzo@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
*Attorneys for Florida Legal Services, Inc.*

3

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 19, 2016, I electronically filed the foregoing with

the Clerk of Court by using the Court's CM/ECF system and served via email on the following:

MARIE A. MATTOX, Esquire,
Marie A. Mattox, P.A.,
310 East Bradford Road
Tallahassee, Florida, 32303
marie@mattoxlaw.com
michelle2@mattoxlaw.com
marlene@mattoxlaw.com
*Attorneys for Plaintiff*

/s/ Lauren M. Pizzo
                    Attorney

4

108403715.1